IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CENTRAL STATES SOUTHEAST AND
SOUTHWEST AREAS HEALTH AND
WELFARE FUND, et al.,
     Plaintiffs,

vs.                                                  Case No. 3:07cv335/RV/EMT

MELODY ROBIN LAWHON, et al.,
     Defendants.
_____/

## **O R D E R**

     This cause is before the court upon referral from the clerk.  On August 9, 2007, this case was transferred from the United States District Court for the Northern District of Illinois to this court (*see* Doc. 27).  On August 10, 2007, the clerk of court notified Plaintiffs' counsel of record that court records indicated they were not admitted to the bar of this District (*see* Doc. 28).  The notice further advised Plaintiffs' counsel of the requirement that they be admitted to practice in this District before they may proceed as counsel of record (*id.*).  To date, there is no indication that Plaintiffs' counsel has been admitted or applied for admission in this District.  Furthermore, it does not appear that either Plaintiff may proceed pro se, as one Plaintiff is a monetary fund and the other is the trustee of that fund.  Because it is unclear whether Plaintiffs intend to pursue this case, counsel will be directed to notify the court as to their intentions with regard to seeking admission to practice in this District.

     Accordingly, it is **ORDERED**:

     Within **TWENTY (20) DAYS** from the date of docketing of this order, counsel for Plaintiffs shall notify the court as to their intentions with regard to seeking admission to practice in this District.

**DONE AND ORDERED** this 28th day of August 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**