IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CENTRAL STATES SOUTHEAST AND
SOUTHWEST AREAS HEALTH AND
WELFARE FUND, et al.,
    Plaintiffs,

v.                                          Case No. 3:07cv335/RV/EMT

MELODY ROBIN LAWHON,
and BONITA C. LAWHON,
    Defendants,
_____/

**REPORT AND RECOMMENDATION**

       This is an interpleader case filed by Plaintiffs to determine how the proceeds of a life insurance benefit should be distributed. Plaintiffs were released from liability to Defendants and dismissed from this action with prejudice on June 26, 2007, after having deposited the insurance benefit in the amount of $40,000.00 with the court (*see* Doc. 27-6 at 8). Therefore, the only claims remaining in this suit are Defendants' claims to those funds.

       On November 2, 2007, Defendant Melody Robin Lawhon filed a "Certificate of Rule 26 Meeting and Withdrawal of Claim" (Doc. 34). Defendant Melody Lawhon stated that she wished to waive any and all claims to the proceeds interpled by Plaintiffs and requested that she be dismissed from this action without imposition of costs, and that she be held harmless from any liability (*id*.). On November 6, 2007, the undersigned construed Melody Lawhon's "Certificate of Rule 26 Meeting and Withdrawal of Claim" as a motion for voluntary dismissal of her claim with prejudice and without imposition of costs, and ordered Defendant Bonita C. Lawhon to respond to the motion within twenty (20) days (*see* Doc. 36). To date, the court has received no response from Defendant Bonita Lawhon, the only remaining party. Therefore, Defendant Melody Lawhon's motion for voluntary dismissal should be granted, pursuant to Rule 41 of the Federal Rules of Civil

Procedure.

Accordingly, it is respectfully **RECOMMENDED**:

1.  That Defendant Melody Lawhon's motion for voluntary dismissal (Doc. 34) be **GRANTED**, that her claim to the insurance benefit be **DISMISSED** with prejudice and without imposition of costs, and that she be **DISMISSED** as a party from this action and released from any liability in this action; and

2.  That the clerk be directed to enter judgment in favor of Defendant Bonita C. Lawhon and disburse the funds posted with the court to her.

At Pensacola, Florida this 29th day of November 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**