IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CENTRAL STATES SOUTHEAST AND
SOUTHWEST AREAS HEALTH AND
WELFARE FUND, et al.,
    Plaintiffs,

v.                                                          Case No. 3:07cv335/RV/EMT

MELODY ROBIN LAWHON,
and BONITA C. LAWHON,
    Defendants,
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 29, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Defendant Melody Lawhon's motion for voluntary dismissal (Doc. 34) is **GRANTED**, her claim to the insurance benefit is **DISMISSED** with prejudice and without imposition of costs, and she is **DISMISSED** as a party from this action and released from any liability in this action; and

3.  The clerk shall enter judgment in favor of Defendant Bonita C. Lawhon and disburse the funds posted with the court to her.

**DONE AND ORDERED** this 3rd day of January 2008.


　　　　　　　　　　　　　　　　/s/  *Roger Vinson*
　　　　　　　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**